# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 8, 2018

## NO. 03-17-00514-CV

**Texas Department of Agriculture; and Sid Miller, in his Official Capacity as Commissioner Agriculture, Appellant**

**v.**

**Wild Boar Meats, L.L.C.; Texas Hog Hunters Association; and Environmental Defense Fund, Appellee**

---

**APPEAL FROM THE 250TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND GOODWIN
REVERSED AND RENDERED—OPINION BY CHIEF JUSTICE ROSE**

---

This is an appeal from the order signed by the district court on July 12, 2017. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's order. Therefore, the Court reverses the district court's order and renders judgment dismissing this matter as moot. The appellee shall pay all costs relating to this appeal, both in this Court and in the court below.